The People of the State of New York, Respondent, v. Adam Kasprzyk, Appellant.

*Crimes — murder in second degree — judgment of conviction affirmed.*

People v. *Kasprzyk*, 209 App. Div. 449, affirmed.

(Argued June 5, 1924; decided July 5, 1924.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 21, 1924, which affirmed a judgment of the Erie County Court rendered upon a verdict convicting the defendant of the crime of murder in the second degree.

*John V. Maloney* for appellant.

*Guy B. Moore, District Attorney* (W. *Bartlett Sumner* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.